```
              UNITED STATES  DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

CARL WATSON #113256                                        CIVIL ACTION

versus                                                     NO. 06-613

N. BURL CAIN, WARDEN                                       SECTION: E/3

### ORDER

The Magistrate Judge filed a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) on April 30, 2007. Rec. Doc. #10.  Petitioner filed Objections to the Magistrate Judge's Report and Recommendation on May 9, 2007.  The Objections failed to show that favorable statements were actually suppressed by the state; that the result of the proceedings would have been any different if the statements had been used at trial; or that there was any juror misconduct or tampering at trial.  The Objections are therefore **OVERRULED.**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the Magistrate Judge, hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as its own opinion.

Accordingly,

**IT IS ORDERED** that the federal petition of Carl Watson for *habeas corpus* relief is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, May 17, 2007.

**MARCEL LIVAUDAIS, JR.**
Senior United States District Judge